IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

NOV 6 2006

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| In the matter of the search of: ) | DOCKET NO. 1:06mj260 |
| ) | |
| 102 Kelly Lane ) | ORDER TO SEAL |
| Pisgah Forest, NC ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Search Warrant, Application, Affidavit, and the Motion to Seal be sealed until further order of the court.

This the 6th day of November, 2006.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE