UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

DEC 20 2006

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| In the matter of the search of: | ) | DOCKET NO. 1:06mj260 |
| | ) | |
| 102 Kelly Lane | ) | ORDER TO UNSEAL |
| Pisgah Forest, NC | ) | |

THIS MATTER is before the Court on motion of the Government to unseal the file in the captioned criminal matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the entire file in this criminal action is hereby UNSEALED.

This the 20th day of December, 2006.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE